# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

NANCY J. BARNES
(513) 564-7022
www.ca6.uscourts.gov

Filed: September 9, 2003

Honorable Herman J. Weber
U.S. District Court
100 E. Fifth Street
Suite 801 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

    Re: No. 03-4178
        In Re: G. Newman
        District Court Case No. 01-00544

Dear Judge Weber:

   We have today received and filed the enclosed document as a petition for writ of mandamus under Rule 21 of the Federal Rules of Appellate Procedure.

   The Court has asked me to inquire if you wish to respond to this petition prior to this Court's consideration under Fed.R.App.P. 21 to either deny the petition or establish a briefing schedule in the matter. If you do wish to respond please submit your response to this office within ten (10) days of this letter.

   In addition to any response you may wish to make, it would be helpful to the Court to review a current copy of the docket sheet in the litigation to which this petition pertains. Would you see that a certified copy of the docket sheet is sent to this office either with any response or under separate cover.

Very truly yours,

Leonard Green/kb

Leonard Green, Clerk

cc:
    Mr. Kenneth J. Murphy
    Gershwin Newman