# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**GERSHWIN NEWMAN**
    **Plaintiff,**

**-vs-**                                                    **Case No.  C-1-01-544**

**UNITED STATES OF AMERICA**

    **Defendants.**

_____

## JUDGMENT IN A CIVIL CASE

          **Jury Verdict.**        This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**          **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT DEFENDANT'S MOTION TO VACATE (2255) IS DENIED.  a **CERTIFI**CATE OF APPEALABILITY SHALL NOT ISSUE.  CASE IS DISMISSED.

Date:  January 5, 2004                                  JAMES BONINI, CLERK

By:<u>s/   Paul Hennessey</u>
 Paul Hennessey, Deputy Clerk